**IT IS ORDERED as set forth below:**

**Date: April 20, 2026**

Sage M. Sigler
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
Jennifer Denise Rosser

**Debtor(s)**.

CASE NO. 24-59868-sms
CHAPTER 13

Judge Sage M. Sigler

FYR SFR Borrower, LLC

**Movant**

v.

Jennifer Denise Rosser Debtor(s); and
K. Edward Safir, Trustee

  **Respondents**.

CONTESTED MATTER

**ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE**

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 34], as filed on March 30, 2026. A hearing was scheduled on Movant's Motion on April 14, 2026. Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as further announced at the hearing on the Motion.

1

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated December 30, 2025, at a rate of $1,965.00 per month, plus utilities as-incurred and fees accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Jennifer Denise Rosser, relative to certain property known as 4414 Glade Wood Run, Union City GA 30291, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent in the amount of $4,463.24, including a post-filing default for failure to pay rent, plus utilities as-incurred and fees accruing thereunder, for the month(s) of March and April, 2026; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the post-petition arrearage through April 2026 totals $4,613.24, representing rent, plus utilities as-incurred and fees accruing thereunder. This arrearage shall be paid as follows: in full by April 23, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's mailing address, as located at 7500 N. Dobson Rd, Ste 300, Scottsdale, AZ 85256 or to such address as may be later designated in writing. Failure to tender the above-described

payment shall entitle Movant to an order lifting the stay to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due thereunder beginning June 2026, with the May 2026 and June 2026 sums to be paid by June 3, 2026. Should Debtor default on the payments of the arrearage payments referenced above and/or the regular rental payments which come due according to the Lease through December 2026, then upon notice of default sent by first class mail to Codebtor and Debtor to the respective addresses that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of receipt of such notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) and § 1301 without further notice or hearing.

[END OF DOCUMENT]

Consented to by:

/s/ Matthew F. Totten
Matthew F. Totten
GA Bar No. 798589
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
*Attorney for Movant*

Consented to by:

 /s/ Paige N. Pierson (w/ exp. perm)
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE
Suite 3285
Atlanta, GA 30303
*Attorneys for Debtor*

Seen and No Opposition:

 /s/ Albert C. Guthrie (w/ exp. perm)
Albert C. Guthrie
GA Bar No. 142399
Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 3030

4

Distribution List:

Paige N. Pierson
The Semrad Law Firm, LLC
191 Peachtree St. NE
Suite 3285
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
*Trustee*

Jennifer Denise Rosser, *Debtor*
4414 Glade Wood Run
Union City GA 30291

Jennifer Denise Rosser, *Debtor*
7350 Campbellton Rd SW Apt 701
Atlanta GA 30331