**IT IS ORDERED as set forth below:**


**Date: May 26, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
Jennifer Denise Rosser,

**Debtor(s)**.

CASE NO. 24-59868-sms
CHAPTER 13

Judge Sage M. Sigler

FYR SFR Borrower, LLC

**Movant**

CONTESTED MATTER

v.

Jennifer Denise  Rosser, Debtor(s);
and K. Edward Safir, Trustee
  **Respondents**.

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

Debtor and Movant previously entered into a consent order between Debtor and Movant,

dated April 21, 2026 [Doc. 35], requiring Debtor to resume strict compliance with the lease post

petition commencing June 1, 2026. Debtor further agreed to cure the post petition arrearage owing

through April 2026 via payments of $4,613.24 by April 23, 2026.

1

As evidenced by Movant's subsequent default Motion to Lift Stay for Debtor's Noncompliance With Strict Compliance Order, filed on May 14, 2026 [Doc 37], as supported by adequate notice upon Debtor/Debtor's counsel [Doc 37-2] and further evidenced by an affidavit of noncompliance [Doc 37-1], Debtor failed to strictly comply with the terms agreed between the parties, particularly Debtor failed to cure the post-petition arrearage through April 2026, having failed to pay $4,613.24 by April 23, 2026.

No response has been filed by Debtor in opposition to Movant's motion to lift the automatic stay in light of the default with the strict compliance order [Doc 35].

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue dispossessory proceedings against Debtor as-available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(4) is waived to allow Movant to proceed immediately with a dispossessory action;

**[END OF DOCUMENT]**

2

**Order presented by:**

THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

Distribution List:

Paige N. Pierson
The Semrad Law Firm, LLC
191 Peachtree St NE
Ste 3285
Atlanta, GA 30303
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

K. Edward Safir
Standing Chapter 13 Trustee
Ste 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303
*Trustee*

Jennifer Denise Rosser, Debtor
4414 Glade Wood Run
Union City, GA 30291

Jennifer Denise Rosser, Debtor
7350 Campbellton Rd SW Apt 701
Atlanta GA 30331

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                    Case No. 24-59868-sms

Jennifer Denise Rosser                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 27, 2026 | Form ID: pdf404 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennifer Denise Rosser, 7350 Campbellton Rd SW Apt 701, Atlanta, GA 30331-8182 |
| | + Jennifer Denise Rosser, Debtor, 4414 Glade Wood Run, Union City, GA 30291-1148 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026       Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor FYR SFR BORROWER  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Paige Nicole Pierson | on behalf of Debtor Jennifer Denise Rosser ppierson@semradlaw.com  ganb.courtview@SLFCourtview.com |
| Quenise Pointer | on behalf of Debtor Jennifer Denise Rosser qpointer@semradlaw.com  ganb.courtview@SLFCourtview.com |

TOTAL: 4